# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY MARCANTONI** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**JUSTICE, EXECUTIVE OFFICE** )<br>**FOR UNITED STATES ATTORNEYS,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 18-2437 (KBJ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rue 56 of the Federal Rules of Civil Procedure, Defendant, the Executive Office for U.S. Attorneys, a component of the U.S. Department of Justice, respectfully moves for summary judgment. In support of this Motion enclosed a memorandum of support, Defendant's statement of material facts as to which There is no dispute, and proposed order.

    Respectfully submitted,

    JESSIE K. LIU, DC Bar # 472845
    United States Attorney for the District of
     Columbia

    DANIEL F. VAN HORN, DC Bar # 924092
    Chief, Civil Division

    _____/s/_____
    PATRICIA K. MCBRIDE
    Assistant United States Attorney
    Civil Division
    555 4th Street, NW, Room E-4106
    Washington, DC  20530
    Tel:    202.252.7123
    Fax:   202.252.2599
    Email: patricia.mcbride@usdoj.gov

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ANTHONY MARCANTONI** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 18-2437 (KBJ) |
| **UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,** | ) ) ) ) ) | |
| **Defendant.** | ) ) | |

## **(PROPOSED) ORDER**

Upon consideration of Federal Defendants' Motion for Summary Judgment; any opposition papers; and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, the Court hereby ORDERS that:

1. Defendants' Motion for Summary Judgment is GRANTED;

2. The claims in Plaintiff's original complaint are DISMISSED WITH PREJUDICE;

3. Judgment is ENTERED for Defendants as to all Counts.

SO ORDERED.

Date:_____

_____
THE HONORABLE KETANJI BROWN JACKSON
United States District Judge